**Form ffinstps** (Revised 05/2017)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 18−11330   Chapter: 7

In re:

Theresa K Mares
aka   Theresa K Holt
1652 S Ellis St
Wichita, KS 67211

SSN: xxx−xx−5395

**ORDER GRANTING APPLICATION TO PAY FILING FEES IN INSTALLMENTS COMBINED WITH NOTICE COURT WILL LIKELY DISMISS CASE IN THE EVENT OF NONPAYMENT OF FEES AS ORDERED**

| Filed and Entered By The Court |
| --- |
| 7/11/18 |
| David D. Zimmerman Clerk of Court US Bankruptcy Court |

The application of debtor(s) to pay filing fee and/or administrative fee in installments is before the Court.

IT IS ORDERED that the debtor(s) pay the combined filing fee and administrative fee of $335.00 in no more than four (4) monthly installments:

   First payment of $90 or more is due by August 9, 2018
   Second payment of $90 or more is due by September 10, 2018
   Third payment of $90 or more is due by October 9, 2018
   Final payment is due by November 7, 2018, and must pay the remaining balance.

IT IS FURTHER ORDERED that all payments be made at the office of the Clerk of the U. S. Bankruptcy Court. All payments must be made in the form of cash or money order. No personal checks are accepted.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IT IS FURTHER ORDERED that a copy hereof be served upon the debtor(s) and the debtor(s)' attorney (if represented) as notice pursuant to Fed. R. Bankr. P. 1017(b)(1), **and that if the fees have not been paid within the period set out above this case may be dismissed without further notice.**

Document 6 − 5

s/   Robert E. Nugent
Judge, United States Bankruptcy Court